**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 28, 2009**

Ms. Evelyn L. Moorehead
Attorney at Law
12911 Cantrell Road
Suite 7-183
Little Rock , AR 72223

  Re: *S.A. Potter v. Town of Bauxite, et al.*, 4:09-CV-00863-WRW

Dear Counsel:

I have received Defendants' Motion to Dismiss,[1] which was filed on December 7, 2009.

I assume that since you have not filed a response,[2] you agree with Defendants' position. If you choose not to respond by 5:00 p.m., Wednesday, January 6, 2010, I will grant the motion.

            Cordially,

            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:  Other Counsel of Record

---

[1] Doc. No. 3.

[2] The response was due on Thursday, December 24, 2009.