# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**S. A. POTTER**                                              **PLAINTIFF**

**v.**                       **4:09CV00863-WRW**

**BAUXITE, TOWN OF,** *et al.*                               **DEFENDANTS**

## ORDER

This case was referred to U.S. Magistrate Judge Beth Deere for a settlement conference.

The parties were unable to reach a settlement during the March 17, 2010, conference.

Accordingly, Plaintiff is directed to respond to Defendants' pending Motion to Dismiss (Doc. No. 3) by 5:00 p.m., Thursday, April 1, 2010.

IT IS SO ORDERED this 18th day of March, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE